CSD 1099 [03/01/15]

Name, Address, Telephone No. & I.D. No.

**David E. Britton #75926**
**7777 Alvarado Road**
**Suite 622**
**La Mesa, CA 91942**
**619-698-6800**
**#75926**

## UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re

**Randy Lane Sailsbery**

BANKRUPTCY NO. **15-01778**

Debtor.

## BALANCE OF SCHEDULES, STATEMENTS, AND/OR CHAPTER 13 PLAN

Presented herewith are the original with the number of copies required by CSD 1800 Administrative Procedures of the following [Check one or more boxes as appropriate]:

- ☒ Summary of Schedules
- ☒ Statistical Summary of Certain Liabilities and Related Data
- ☒ Schedule A - Schedule of Real Property
- ☒ Schedule B - Schedule of Personal Property
- ☒ Schedule C - Schedule of Property Claimed Exempt
- ☒ Schedule D - Creditors Holding Secured Claims
- ☒ Schedule E - Creditors Holding Unsecured Priority Claims
- ☒ Schedule F - Creditors Holding Unsecured Nonpriority Claims
- ☒ Schedule G - Schedule of Executory Contracts & Unexpired Leases
- ☒ Schedule H - Schedule of Co-Debtor
- ☒ Schedule I - Current Income of Individual Debtor(s)
- ☒ Schedule J - Current Expenditures of Individual Debtor(s)
- ☒ Statement of Financial Affairs
- ☐ Chapter 7 Statement of Current Monthly Income (Form B22A-1)
- ☐ Chapter 7 Statement of Exemption from Presumption of Abuse Under §707(b)(2) (Form B22A-1Supp)
- ☐ Chapter 7 Means Test Calculation (Form B22A-2)
- ☐ Chapter 11 Statement of Current Monthly Income (Form B22B)
- ☒ Chapter 13 Statement of Current Monthly Income and Calculation of Commitment Period (Form B22C-1)
- ☒ Chapter 13 Calculation of Your Disposable Income (Form B22C-2)
- ☒ Chapter 13 Plan

## IF ADDITIONAL CREDITORS ARE ADDED AT THIS TIME, THE FOLLOWING ARE REQUIRED:

1. Electronic media required, see CSD 1007, containing only the added names and addresses (when the Balance of Schedules are filed on paper).

2. Local Form CSD 1101, *NOTICE TO CREDITORS OF THE ABOVE-NAMED DEBTOR ADDED BY AMENDMENT OR BALANCE OF SCHEDULES.* See instructions on reverse side.

Dated: March 30, 2015          Signed  /s/ David. E. Britton

Attorney for Debtor

I [We]  **Randy Lane Sailsbery**  and ____, the undersigned debtor(s), hereby declare under penalty of perjury that the information set forth in the balance of schedules and/or chapter 13 attached hereto, consisting of pages, and on the creditor matrix , if any, is true and correct to the best of my [our] information and belief.

Dated: March 30, 2015     /s/ Randy Sailsbery

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor                                        Joint Debtor

## INSTRUCTIONS

1.  Local Form CSD 1101, *NOTICE TO CREDITORS OF THE ABOVE-NAMED DEBTOR ADDED BY AMENDMENT OR BALANCE OF SCHEDULES*, may be used to notify any added entity. When applicable, copies of the following notices shall accompany the notice: Order for and Notice of Section 341(a) Meeting, Discharge of Debtor, Notice of Order Confirming Plan, and Proof of Claim.

2.  If not filed previously and this is an ECF case, the *DECLARATION RE: ELECTRONIC FILING OF PETITION, SCHEDULES & STATEMENTS* (Local Form CSD 1801) must be filed in accordance with LBR 5005-4(c).

## CERTIFICATE OF SERVICE

I, the undersigned whose address appears below, certify:

That I am, and at all relevant times was, more than 18 years of age;

That on __30th__ day of __March 2015__, I served a true copy of the within BALANCE OF SCHEDULES AND/OR CHAPTER 13 PLAN by [describe here mode of service]  CM/ECF

on the following persons [set forth name and address of person served]:

| ☐ For Chapt 7, 11, & 12 cases: | ☐ For ODD numbered 13 cases: | ☒ For EVEN numbered Chapter 13 cases: |
|---|---|---|
| UNITED STATES TRUSTEE<br>Department of Justice<br>402 West Broadway, Suite 600<br>San Diego, CA 92101 | THOMAS H. BILLINGSLEA, JR., TRUSTEE<br>401 West "A" Street, Suite 1680<br>San Diego, CA 92101 | DAVID L. SKELTON, TRUSTEE<br>525 "B" Street, Suite 1430<br>San Diego, CA 92101-4507 |

☐   Chpt. 7 Trustee, if any:

☐   If Chpt. 11, each member of any committee appointed:

I certify under penalty of perjury that the foregoing is true and correct.

Executed on __March  30th__ , __2015__
                    (Date)

/s/ Madelyn R. Vallone

**Lockhart & Britton**
**7777 Alvarado Road**
**Suite 622**
**La Mesa, CA 91942**
Address

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy