| | |
|---|---|
| 1 | Kristin A. Zilberstein, Esq. (SBN: 200041) |
| 2 | Adam P. Thursby, Esq. (SBN 318465) |
|   | L. Bryant Jaquez, Esq. (SBN: 252125) |
| 3 | GHIDOTTI | BERGER LLP |
|   | 1920 Old Tustin Ave. |
| 4 | Santa Ana, CA 92705 |
| 5 | Ph:  (949) 427-2010 ext. 1010 |
|   | Fax: (949) 427-2732 |
| 6 | athursby@ghidottiberger.com |
| 7 | Attorney for Movant |
| 8 | U.S. Bank National Association, as Trustee of the Chalet Series III Trust |

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

SAN DIEGO DIVISION

| In Re: | ) | CASE NO.:  15-01778-LT13 |
|---|---|---|
|   | ) |   |
| RANDY LANE SAILSBERY | ) | CHAPTER 13 |
|   | ) |   |
| Debtor(s). | ) | **WITHDRAWAL OF MOTION FOR RELIEF FROM AUTOMATIC STAY** |
|   | ) |   |
|   | ) |   |
|   | ) | Judge Laura S. Taylor |

TO ALL PARTIES IN INTEREST AND TO THEIR ATTORNEYS OF RECORD:

U.S. Bank National Association, as Trustee of the Chalet Series III Trust ("Movant"), hereby withdraws its MOTION FOR RELIEF FROM AUTOMATIC STAY, regarding real

property 1885 Leon Avenue, San Diego, CA 92154, filed on August 30, 2019, as docket entry number 53.

Dated: January 31, 2020                    GHIDOTTI | BERGER LLP

<u>/s/ Kristin A. Zilberstein</u>
Kristin A. Zilberstein, Esq.
Counsel for Movant