| | |
|---|---|
| 1 | Kristin A. Zilberstein, Esq. (SBN: 200041) |
| 2 | Adam P. Thursby, Esq. (SBN 318465) |
|   | L. Bryant Jaquez, Esq. (SBN: 252125) |
| 3 | GHIDOTTI | BERGER LLP |
|   | 1920 Old Tustin Ave. |
| 4 | Santa Ana, CA 92705 |
| 5 | Ph:  (949) 427-2010 ext. 1010 |
|   | Fax: (949) 427-2732 |
| 6 | athursby@ghidottiberger.com |
| 7 | Attorney for Movant |
| 8 | U.S. Bank National Association, as Trustee of the Chalet Series III Trust |

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

SAN DIEGO DIVISION

| In Re: | ) | CASE NO.:  15-01778-LT13 |
|---|---|---|
|  | ) |  |
| RANDY LANE SAILSBERY | ) | CHAPTER 13 |
|  | ) |  |
| Debtor(s). | ) | **WITHDRAWAL OF MOTION** |
|  | ) | **FOR RELIEF FROM** |
|  | ) | **AUTOMATIC STAY** |
|  | ) |  |
|  | ) | Judge Laura S. Taylor |

TO ALL PARTIES IN INTEREST AND TO THEIR ATTORNEYS OF RECORD:

U.S. Bank National Association, as Trustee of the Chalet Series III Trust ("Movant"), hereby withdraws its MOTION FOR RELIEF FROM AUTOMATIC STAY, regarding real

property 1885 Leon Avenue, San Diego, CA 92154, filed on August 30, 2019, as docket entry number 53.

Dated: January 31, 2020    GHIDOTTI | BERGER LLP

/s/ Kristin A. Zilberstein
Kristin A. Zilberstein, Esq.
Counsel for Movant

# CERTIFICATE OF SERVICE

On **January 31, 2020**, I served the foregoing documents described as

**WITHDRAWAL OF MOTION FOR RELIEF FROM AUTOMATIC STAY** on the

following individuals by electronic means thorugh the Court's ECF program:

| | |
|---|---|
| **COUNSEL FOR DEBTOR** | **TRUSTEE** |
| Michael Koch | David L. Skelton |
| MLKoch@live.com | admin@ch13.sdcoxmail.com |

**US TRUSTEE**
United States Trustee
ustp.region15@usdoj.gov

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

/s/ Enrique Alarcon
Enrique Alarcon

On **January 31, 2020**, I served the foregoing documents described as

**WITHDRAWAL OF MOTION FOR RELIEF FROM AUTOMATIC STAY** on the

following individuals by depositing true copies thereof in the United States mail at Santa Ana, California enclosed in a sealed envelope, with postage paid, addressed as follows:

**DEBTOR**
Randy Lane Sailsbery
1643 Standlake Street
San Diego, CA 92154

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

/s/ Enrique Alarcon
Enrique Alkarcon