# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF CALIFORNIA

# Minute Order

### Hearing Information:

| | |
|---:|---|
| **Debtor:** | RANDY LANE SAILSBERY |
| **Case Number:** | 15-01778-LT13    **Chapter:** 13 |
| **Date / Time / Room:** | TUESDAY, FEBRUARY 04, 2020 10:00 AM   DEPARTMENT 3 |
| **Bankruptcy Judge:** | LAURA S. TAYLOR |
| **Courtroom Clerk:** | RUSSELL PALUSO |
| **Reporter / ECR:** | LYNETTE ALVES |

### Matter:

MOTION FOR RELIEF FROM STAY, RS # AT-1 FILED ON BEHALF OF US BANK, N.A. (fr 12/10/19)

### Appearances:

REBECCA PENNINGTON, ATTORNEY FOR DAVID L. SKELTON, CHAPTER 13 TRUSTEE

### Disposition:

Off calendar; objection withdrawn 1/31/20 via docket #132.